IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHMOND VENTURES, INC. | § | CASE NO. 06-80349-G3-7 |
| | § | |

NOTICE OF WITHDRAWAL OF SUBMISSION
OF TRUSTEE'S REPORT OF DISTRIBUTION (TDR)

PLEASE TAKE NOTICE Robbye R. Waldron, Chapter 7 Trustee in the bankruptcy proceeding set out above, has withdrawn the *Trustee's Report of Distribution* from the US Trustee's Office for its review and filing.

SIGNED this 4th day of May, 2010.

/s/ Robbye R. Waldron, Trustee
ROBBYE R. WALDRON, Trustee
SBN 20684000
University Park
15150 Middlebrook Drive
Houston, TX 77058
(281) 488-4438