IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RICHMOND VENTURES, INC.** | § | CASE NO. **06-80349-G3-7** |
| | § | (Chapter 7) |
| Debtor(s) | § | |

## MOTION TO PAY FUNDS NUNC PRO TUNC
## INTO THE REGISTRY OF THE COURT

**To the Honorable Letitia Z. Paul,**
**United States Bankruptcy Judge**:

COMES NOW Robbye R. Waldron, Trustee the duly qualified and acting Trustee in this Chapter 7 case, and files this his *Motion to Pay Funds Nunc Pro Tunc Into the Registry of the Court*, and would respectfully show the Court as follows:

1. On August 7, 2009, the Trustee filed Trustee's Final Report Before Distribution ("TFR").

2. As a result of the Trustee's liquidation of property, this Estate was able to distribute payment in full to all allowed creditors, including interest. There were, however, surplus funds remaining on hand after said distribution, which were unable to be refunded to the corporate Debtor.

3. As part of the Trustee's distribution, $1,656.24 was distributed to the Clerk of the U.S. Bankruptcy Court for deposit into the Court's Registry.

4. The Trustee requests authority nunc pro tunc to deposit the amount of $1,656.24 of surplus funds into the registry of the Court.

DATED: May 14, 2010            /s/ Robbye R. Waldron, Chapter 7 Trustee
                               ROBBYE R. WALDRON, TRUSTEE
                               15150 Middlebrook
                               Houston, TX  77058
                               Phone (281) 488-4438
                               Fax   (281) 488-4597

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached *Motion to Pay Funds Nunc Pro Tunc Into the Registry of the Court*, was served on the U.S. Trustee by electronic mail via the Court's PACER system this the 14th day of May, 2010.

Respectfully submitted,

/s/ Robbye R. Waldron, Chapter 7 Trustee
Robbye R. Waldron, Chapter 7 Trustee
I.D. 5058; SBN 20684000
15150 Middlebrook Drive
Houston, Texas  77058
Phone:  (281) 488-4438
Fax:     (281) 488-4597