

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
05/18/2010

| | | |
|---|---|---|
| IN RE: | § § | |
| **RICHMOND VENTURES, INC.** | § § § § | CASE NO. 06-80349-G3-7 (Chapter 7) |
| Debtor(s) | § | |

### ORDER ON MOTION TO PAY FUNDS NUNC PRO TUNC INTO THE REGISTRY OF THE COURT UNDER 11 U.S.C.§347(a)

CAME ON FOR CONSIDERATION, Trustee's *Motion to Pay Funds Nunc Pro Tunc into the Registry of the Court*, and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Robbye R. Waldron, Chapter 7 Trustee is authorized nunc pro tunc to pay the funds in the amount of $1,656.24 remaining on hand in the above styled and numbered case into the registry of the U.S. Bankruptcy Court.

Dated: May 18, 2010

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk

31