IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHMOND VENTURES, INC. | § | CASE NO. 06-80349-G3-7 |
| | § | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE Robbye R. Waldron, Chapter 7 Trustee in the bankruptcy proceeding set out above, has submitted the *Trustee's Report of Distribution* to the United States Trustee at 515 Rusk Street, Suite 3516, Houston, TX 77002, on the 21st day of May, 2010.

SIGNED this 24th day of May, 2010.

/s/ Robbye R. Waldron, Trustee
ROBBYE R. WALDRON, Trustee
SBN 20684000
University Park
15150 Middlebrook Drive
Houston, TX 77058
(281) 488-4438